**Exhibit A to the Complaint**

**Location:** Flushing, NY

**Total Works Infringed:** 148

**IP Address:** 108.46.33.103

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash:<br>B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 04-03-2023 22:28:33 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 2 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-30-2023 13:17:14 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 3 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 03-30-2023 11:55:30 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 4 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash:<br>2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 03-23-2023 18:15:19 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 5 | Info Hash: D05145D6CAA55168052E0D998AC6E235807F8E53<br>File Hash:<br>447EF650760170471327642939C293E40E7A590E8CCF531F2AD20F7E356F082D | 03-23-2023 12:43:28 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 6 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash:<br>BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 03-21-2023 22:15:11 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 7 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash:<br>29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 03-21-2023 22:15:07 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 8 | Info Hash: 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD<br>File Hash:<br>7FB0113FD2399E0E58AC73356C5F4E380D20FE1B18439CA07C053B5E06FE950E | 03-21-2023 22:14:40 | Vixen | 08-02-2018 | 09-01-2018 | PA0002119574 |
| 9 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash:<br>EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 03-21-2023 22:14:06 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 10 | Info Hash: 3DB6B513A919E0644D5F481513629394A7531A79<br>File Hash:<br>74F92B87D6C2F0B787AD1CCB8FF4D8F3E3447A1BA1457038E3A99C299BCBE8D5 | 03-21-2023 22:10:34 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 11 | Info Hash: 6EF0A990E2D6BED03ACBC94E6B32574AECDD887E<br>File Hash:<br>11FE592AC86B40021DC11C07FF2DE45F5B9C4DBD2F4EEEBCE1318DEC8054A07E | 03-21-2023 22:09:55 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: AFF0AC9A00C38E6A3B9D78DE51D0ACD3FEE31BAB<br>File Hash: B5B0D350B587EF9E94BF0DEADF903947299E53C8BE2CACCABD93A5032F581470 | 03-21-2023 22:05:17 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 13 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash: DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 03-21-2023 22:05:04 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 14 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 03-21-2023 22:05:03 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 15 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash: 66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 03-21-2023 22:05:02 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 16 | Info Hash: 98B2D0862F0A88E79B06A725844E6CC314356E94<br>File Hash: 6262B57DA0B9515216626DB6F1276F038EDDCE350544A5861C7331B77684726B | 03-21-2023 22:05:01 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 17 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 03-21-2023 22:05:00 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 18 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash: AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 03-21-2023 22:05:00 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 19 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 03-21-2023 22:05:00 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 20 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash: 622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 03-21-2023 22:05:00 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 21 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 03-21-2023 22:04:59 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 22 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 03-21-2023 22:04:59 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 23 | Info Hash: 095F042567422449F7D8DF1F42C86AADF4849881<br>File Hash: 73A09E29C382A49CE03E47A0CDB3930655BE50786D249AB83FC020E2A09CB509 | 03-21-2023 22:04:58 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D587F487F1E7C828A591E34C3BE2B443D57BD17B<br>File Hash:<br>4A6690EFF814EBF7C2B83DA61CFC3C128F709B7D3BAF1F95A58723A56FAB7E3F | 03-21-2023 22:04:56 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 25 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash:<br>77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 03-21-2023 22:04:55 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 26 | Info Hash: 2AA08A9659D3253B9DA04A8BA71ABBB9DAE10FCD<br>File Hash:<br>CD0B6984F24C8EF6E188C5A68904A690720892824238225AA7F310411A8709A9 | 03-21-2023 22:04:55 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 27 | Info Hash: 1CA76CE884776BF316B69481D060C6EBEA662691<br>File Hash:<br>6D98FB201919434576BCC372C76F2790F421C2FFF4EA7F8747DF0E0F6CC18BB9 | 03-21-2023 22:04:54 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 28 | Info Hash: 09B25396BAE7CAF1675EFF10B02679AD119B85C2<br>File Hash:<br>4ADF54A32B6C95E8B5EC117CB4647E7BD0BF1C371865CF19DC19FC1483F8AAA0 | 03-21-2023 22:04:54 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 29 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash:<br>32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 03-21-2023 22:04:53 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 30 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash:<br>8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 03-21-2023 22:04:46 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 31 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 03-21-2023 22:04:40 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 32 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash:<br>A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 03-21-2023 22:04:31 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 33 | Info Hash: C81906D2807ADA3640AC58B3EC5D9561DA855DFF<br>File Hash:<br>73E264FF38EE4C117648C69AAF8CBBA60EFE965D833B3A770C49CC8E10C2FBFF | 03-21-2023 22:04:31 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 34 | Info Hash: 4B748C4CCA41D08C71EA157D0882DE909135FA46<br>File Hash:<br>80CB60DBD749B5F9DA57BBC02A0B5BA203E1E45EE6BEDB57BC0EBBDAEA800FF3 | 03-21-2023 22:04:29 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 35 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash:<br>59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 03-21-2023 22:04:28 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 03-21-2023 22:04:28 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 37 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 03-21-2023 22:04:28 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 38 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash: 871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 03-21-2023 22:04:23 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 39 | Info Hash: 9E1543FF1003B36A96330F556507E44979C5DA95<br>File Hash: BE9B0C5F0776C0A8009C6FA969C635377B9E276FECD044BB314FFD52B3FE0A34 | 03-21-2023 22:04:23 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 40 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 03-21-2023 22:04:17 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 41 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 03-21-2023 22:04:14 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 42 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 03-21-2023 22:04:14 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 43 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 03-21-2023 22:04:14 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 44 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 03-21-2023 22:04:13 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 45 | Info Hash: B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03<br>File Hash: 685811A7F6C3A6F69A48B696E34E82381019290C19CFE6B5910C24C1D8B5C097 | 03-21-2023 22:04:13 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 46 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash: FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 03-21-2023 22:04:13 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 47 | Info Hash: 0E913315A3973DF6AD0BE9876D15FAB2DDF9D30E<br>File Hash: 63CD2C0A12F13494CF43FAF9B20A8DEAFF89DEB397B07172243EF45320B35E38 | 03-21-2023 22:04:13 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 848D53796E57ECC9339584B00C85DBECC15B1972<br>File Hash: 71BA8001D0DB2EABF4C24A1E059187713B008BB937F30A0217782816A4C04421 | 03-21-2023 22:04:13 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 49 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash: D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 03-21-2023 22:04:13 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 50 | Info Hash: B01AD269B921E6EF4954851DDF1CBE6A5911064E<br>File Hash: 67E6F66361440ED106355513B46089BA65B6866080C966AF651DB0FBFF28D100 | 03-21-2023 22:04:13 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 51 | Info Hash: A6F189AFF3929996CFF5F25DA60AA451873C0FC4<br>File Hash: 5ED45691E4613CA077BCDAD75EFDC123C707B406CF072FFEE8EC062927ABCCFE | 03-21-2023 22:04:13 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 52 | Info Hash: D1A20BB943E213244AEB42BC43F34BE72E46F6DB<br>File Hash: DA8F290222976E6C2CED7C5FD6A0ACE756D4D2525F6D7C92A66C8EE2A284CA0E | 03-21-2023 22:04:03 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 53 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash: F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 03-21-2023 22:03:59 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 54 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash: 08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 03-21-2023 22:03:58 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 55 | Info Hash: C174354B8FC2DF15F9D87535B08D3AF8DCACF608<br>File Hash: A2741516AAC01F46244E3E16DB0E56C9D51736047131EC0C1E92CF317E1EE2D5 | 03-21-2023 22:03:58 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 56 | Info Hash: B7441E573A302AB3AE9F883F1203B2952746F75F<br>File Hash: 42295408AAE92E3EBF7E487E9C9D6247F04DD7F833E9915B97CEF1EB29C6D11A | 03-21-2023 22:03:58 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 57 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash: BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 03-21-2023 22:03:58 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 58 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 03-21-2023 22:03:57 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 59 | Info Hash: 2FCBD1C3933C171D375EC8699D1FDE9EA1DA6C10<br>File Hash: 68210442F19631B56C7724F6E921FFB48D663BD863DECF01943DCB7CB59A8AC2 | 03-21-2023 22:03:52 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 03-21-2023 22:03:52 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 61 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 03-21-2023 22:03:52 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 62 | Info Hash: E90115F8B4EDB83CCE5CFD1711E21AAB8BFD0892<br>File Hash: 9CEE06823BBE8F033CAA7203AD4A26D243283B180012CD6182E454F7F89B26B0 | 03-21-2023 22:03:52 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 63 | Info Hash: E487AEAF023F000FA0480422191EA7DFF77E00FB<br>File Hash: AEDD21CC7A3E4701C1F3B23E0A5882C51BC45309D48DD1CD664C8F846FD123BC | 03-21-2023 22:03:52 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 64 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 03-21-2023 22:03:48 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 65 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash: 1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 03-21-2023 22:03:46 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 66 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash: 3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 03-21-2023 22:03:43 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 67 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash: 13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 03-21-2023 22:03:09 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 68 | Info Hash: 76F95670FA20DDC51B0DA2B370811C85A77261AF<br>File Hash: F07BEB037C33C3900A5286CAE8445B4E99443F63E28A3B1FE01CCA53F259A240 | 03-21-2023 22:03:09 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 69 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash: C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 03-21-2023 22:02:59 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 70 | Info Hash: 69908303363D635A5C0989EFC8F2370F9107ADC1<br>File Hash: AC69B5FB8F99E10E0567B0D0D2DF5A8E9EB6DA595CACA93A61DEB1D17D08AD93 | 03-21-2023 22:02:59 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 71 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 03-21-2023 22:02:59 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 6C93472B870D1A3FBCE36D3F90CC0E1E9DBD0E15<br>File Hash: 5958605F5086F5D45257FDD2CA4E68380E869342BFE06E9C9E4BC48334ADC732 | 03-21-2023 22:02:59 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 73 | Info Hash: 69ECE7BD6C605D63E9EBEEFD35082CF1627E2932<br>File Hash: A3628C7AE4DA0E79C6D35487C4FF335DB1B04C0081C7DD4AC946B16F94EBBD1B | 03-21-2023 22:02:59 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 74 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 03-21-2023 22:02:59 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 75 | Info Hash: 05926D256929D4E3557BF7DBE26A5DF0140DA580<br>File Hash: 12DB0B0E6F2AD6D47AF4BDC53CA5F62CAC99D03FF937B0796B3E6CF21057785D | 03-21-2023 22:02:55 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 76 | Info Hash: 8E469A7C3346C9C431044A6EBF72C0A49848C8F6<br>File Hash: 9258B7A04B140C7BE97A407CD7F02CF41CFE815B1B17E5BB3E022CF1FDE114CA | 03-16-2023 16:35:57 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 77 | Info Hash: 585876466B1F2F4AA1112EED355F0C88F5CB885D<br>File Hash: BF977542497803C4E4A2CB9360802C087465741BEEACF13BEC45CF047C90E546 | 03-16-2023 16:28:31 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 78 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash: A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 03-16-2023 15:12:30 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 79 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash: 34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 03-16-2023 15:12:12 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 80 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash: 2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 03-16-2023 15:12:05 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 81 | Info Hash: 99CA02602A2E66B687F9268E8EB1A347D5E3400A<br>File Hash: B5493A9D95EC55F89AD2FC50FF30B82C9CF69CF0A547E3960D95C3E36C4FE904 | 03-16-2023 13:39:58 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 82 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash: A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 03-16-2023 13:34:53 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 83 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash: 1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 03-16-2023 13:34:45 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 937DC1653A02F8962CF24B303EA2796B92C0A9F3<br>File Hash: 637F078F7E687CA2AA5D2AB41688E4D1795C39FE369FACAE0B2F29F903F5994E | 03-16-2023 13:30:35 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 85 | Info Hash: FD3B71019CBB5E802E9CA726B0C5C421B0E4A5D1<br>File Hash: 616B24219397EA9989A0CF2721183852BAD80459EA1B413837B1772011782DD7 | 03-16-2023 13:29:53 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 86 | Info Hash: 272E754C63E93B5DE615DE9798364C9433033A38<br>File Hash: 5BBA8184DA2AEDEE912499158A064D785750AD453CBE08519B52C6D060A2B9A8 | 03-15-2023 23:15:02 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 87 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 03-15-2023 23:10:43 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 88 | Info Hash: 14EC33D46FEA2D0766026D983770FB3F31669DA9<br>File Hash: 20C1F39D3B82D975777224BE38A8946131095F76159FB67AE203A99BBDEB4253 | 03-15-2023 22:30:18 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 89 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 03-15-2023 22:27:33 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 90 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash: B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 03-15-2023 22:27:15 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 91 | Info Hash: 826FF70F30BAA33F6DAFD6FD00F4F21E1BF4E461<br>File Hash: F67C86E8B0CF916B1C1E1B0FE007B9A391F11550B4B699279009F348B7555E2A | 03-15-2023 22:24:49 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 92 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash: E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 03-15-2023 22:18:21 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 93 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash: 6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 03-15-2023 22:13:54 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 94 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 03-15-2023 22:09:08 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 95 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash: A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 03-15-2023 22:07:05 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 03-15-2023 22:05:06 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 97 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 03-15-2023 22:03:07 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 98 | Info Hash: D07FCE81EB4557E725B5E70B5695E3824BD3D395<br>File Hash: 077451F1DE9DCB08110698D7517F083F9A8BD1292FC5E209618C634181CACC52 | 03-15-2023 22:01:52 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 99 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash: 00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 03-15-2023 21:59:52 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 100 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 03-15-2023 21:58:26 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 101 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash: 5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 03-15-2023 21:53:36 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 102 | Info Hash: 24550021ABCBE71DCF048521BFA63F64964F7CDB<br>File Hash: 0881083D537D67B17DE4B9412D7A30A1D9B4453D47ACD18EB069BA82D1992253 | 03-15-2023 21:53:18 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 103 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash: 2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 03-15-2023 21:52:29 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 104 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash: 8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 03-15-2023 21:51:38 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 105 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash: B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 03-15-2023 21:49:29 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 106 | Info Hash: A0827A76038ADBCA262079E7141C2F1DA890468D<br>File Hash: 8057638209897A8D97A5DB52B48A4AEB05D2C5E6A938A419B3EB73EB0C3EE9B5 | 03-15-2023 21:44:49 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 107 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash: 8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 03-15-2023 21:44:12 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 5D3CD90A21CF1BA66183CA47D9CA49B30D3C19CA<br>File Hash:<br>2A130AF905000D7A6F4CBA401FD8B2412987D1B184DC4D643B1E1DE3007EB952 | 03-15-2023<br>21:40:06 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 109 | Info Hash: 2A04AEF1192B0D339DF40E154B86A51DA08ADE6E<br>File Hash:<br>1A252626FABFFC3A18CB63BB41750033948F9719B206F8F914037A2DC110104A | 03-15-2023<br>21:39:52 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 110 | Info Hash: 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60<br>File Hash:<br>6E197A2A144C50D89DF75945AD1DB96E5AF4ADA6878DC8A89DDD35F77BEAEE83 | 03-15-2023<br>21:37:58 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 111 | Info Hash: 6A657D7A60C3FE65BD5EAC2E480FB8F4B2D3C04E<br>File Hash:<br>154B1A2183857FF6EBFE06F1198699B0CF09D863F9AC6E6693D2B6A2578DA2DA | 03-15-2023<br>21:36:21 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 112 | Info Hash: 97DCF54C3B73D6BBDE490D88743A0C7DA092825E<br>File Hash:<br>11C2339FD910A4AB8D4A9F3CA3B45EE159ECA49E9EB522347DDD4662AC879B43 | 03-15-2023<br>21:36:20 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 113 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash:<br>B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 03-15-2023<br>21:36:17 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 114 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash:<br>BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 03-15-2023<br>21:28:49 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 115 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash:<br>7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-15-2023<br>21:02:10 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 116 | Info Hash: AABEA16B56023B1F5709AEE6BEA33BB7EAB779E5<br>File Hash:<br>9BDB422CD15FF86B3FF7C84A205348DB8543406B805B5581EAF35C775F3C0F16 | 03-15-2023<br>20:58:54 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 117 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash:<br>FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 03-15-2023<br>20:56:01 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 118 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash:<br>08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 03-15-2023<br>20:55:15 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 119 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash:<br>2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 03-15-2023<br>20:52:58 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 7597C80EAED55D7164C40D01EBF6C15DE4268AC4<br>File Hash:<br>33D88076F624E2684D967825035828CC25CBFBB4B29E49E25A0A199E20015A14 | 03-15-2023<br>20:50:26 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 121 | Info Hash: F46DB0DE9C9F81A72AC87B1EDCA6A37B1C05F0B1<br>File Hash:<br>1229E2C78A5A8DD79F546B00E2509BA389BBD0C55EB209BD803D0E1F2C9FFADA | 03-15-2023<br>20:49:54 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 122 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03-15-2023<br>20:49:49 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 123 | Info Hash: A5243AD3B731DDCB85B9B26787D704D8FBD95749<br>File Hash:<br>4701AFFF539EB6035A0426FF57A177DDEFDB88975920C4D9646001AB96A39CB4 | 03-15-2023<br>20:49:41 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 124 | Info Hash: 6769AACD544149014C77F4DF9B69B9123840349B<br>File Hash:<br>AB805E9D70EA32F94041DD337014DDCF0902DE5FA16C0008058C7D461FE59871 | 03-15-2023<br>20:49:39 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 125 | Info Hash: 899AF81AEAE442CFF185F64D75810BA04F8CFCB2<br>File Hash:<br>8D77B00611453148A1A4F389900633F5C31EAD317CA050580B2861F1C59A2FB3 | 03-15-2023<br>20:49:19 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 126 | Info Hash: FEFB17CD157D5637C50AE1709D3D182D40A90263<br>File Hash:<br>F9076A40DEE60606FCC11FED18EA3CFA04D33EAAFB5B722E0E2310DD9DF9817D | 03-15-2023<br>20:48:06 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 127 | Info Hash: 92CB8CC2B1BF14E6326BE06B3295D66F0F3E0A2F<br>File Hash:<br>BC1B8C60FECC7DECC2E30B086BCB4005635C93E9E654848D2455692ACD7CA8D4 | 03-15-2023<br>20:47:48 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 128 | Info Hash: 32C7AB876B137BF74CE7323BFC473222903F16B0<br>File Hash:<br>30D93A3E9AA93AE378052299555214F5AB4812974BE4C8629C25C954678C16AA | 03-15-2023<br>20:47:36 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 129 | Info Hash: 3AA641A54A71FAEA40B555A95D1BF02D5FE10A8E<br>File Hash:<br>3E41C6240B8AC0969A0E8F87E39670850E7914070B2BE05A136B2E19F4E31E3E | 03-15-2023<br>20:46:48 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 130 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 03-15-2023<br>20:46:32 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 131 | Info Hash: 2E0B55853DBE8D43D893BAED034ED6E7203DC238<br>File Hash:<br>268931F60F7756E1251BB366DE5A42628CB27C2412A97C5DF79B3C644DB97B5E | 03-15-2023<br>20:46:00 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 8DF915DE3BC8A61DA56A2DCA7B5482E894DBBB97<br>File Hash: 32219F29883C4368A3AFDFAFE38FFFD5F0DDFED228FD6C741DA9B34DEF35C632 | 03-15-2023 20:45:51 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 133 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 03-15-2023 20:45:07 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 134 | Info Hash: D8BDF81D1E3F08C2FD1FDBF17F7D0AA0314425E0<br>File Hash: 21710A2AE416B0FE4B81172DEC5626456A18D3DBC76835BCA2BECB6F49728C42 | 03-15-2023 20:42:23 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 135 | Info Hash: 94DD7DB3DEEDDC90F3D36C93A357731E496A8CB6<br>File Hash: DBA76D57E630FB7F013F193698AEDCC952D4054234BDF04CD691CC9D5EAC1A02 | 03-15-2023 20:40:55 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 136 | Info Hash: 5AAE27B2C267BC39A5A3691652905D91205E7034<br>File Hash: 54072A835473C6D71867FA13B6693A8E818B362633258F4F1E172BB2E3F19DC5 | 03-15-2023 20:38:57 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 137 | Info Hash: 771C669842BE814DA19F886EDF5E759B0EC4BF37<br>File Hash: 9073F5D59DF68BF334F02659FA77CC52842D80A00A1B8EF392878DF8FCDDF83E | 03-12-2023 16:19:24 | Blacked | 07-04-2017 | 07-07-2017 | PA0002070819 |
| 138 | Info Hash: B4E2293F2A6FCBF9F8318D9EB92E0335F7291A3A<br>File Hash: 9A0796D14BA544A20EF62FC54DB22C7706B87EAD1028E4A992A5A6085D79B83E | 03-10-2023 15:58:05 | Slayed | 03-01-2022 | 03-04-2022 | PA0002345786 |
| 139 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 03-10-2023 15:57:59 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 140 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash: 985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 03-10-2023 12:56:47 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 141 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 03-10-2023 12:55:10 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 142 | Info Hash: BCE116DA0D7A4F922DCF246312684DC62C6CB51D<br>File Hash: 7ED08C6E048959DB51E9820F5B8037F953C3CF62753EDC8A8FB0452D00672CBD | 02-09-2023 19:03:55 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 143 | Info Hash: 5F20F517373888A877FB3DD67BD5667CA7285371<br>File Hash: 118C6157E3DC53E5198D33AE4E5D0E67BFC11A69C8E5BE8F3C37D89881615594 | 02-02-2023 22:09:01 | Slayed | 08-23-2022 | 09-22-2022 | PA0002378513 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: FD0A6A0208C999DBF4EC9B28FC0ECC7EB90801C1<br>File Hash: DFA73174B98FECFD5BB37B15D8F4BC95AB92F96CA354D64D95D96BCF32803027 | 01-16-2023 18:04:39 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 145 | Info Hash: 4D4114523F5027FE7302B9192EFB697E0EB2B908<br>File Hash: 2F17CC822E1F8FBE7F226ADB8DA67AB8CDCD6FAC286EFD2FBAC3C1BAC2DC1612 | 01-05-2023 11:27:49 | Slayed | 07-12-2022 | 08-10-2022 | PA0002370897 |
| 146 | Info Hash: 61147700F18BA0D2A3923D049DB3EBA0F7B0C7AF<br>File Hash: 3EF231AB1305F9FB3C421A3BDB8E139D879D3D36C8BB818F47A9B406E28FBDC4 | 12-29-2022 12:46:37 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 147 | Info Hash: A3A6EC4DD32C9E8C9AE92DC40BAA51E4C52A3399<br>File Hash: 4C96EA211CC048F17CBA21D0C24A68A0E74F25F0AEDE9B79A8DE47E680B0E722 | 12-29-2022 12:35:08 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 148 | Info Hash: 1A82CD38DEBBAC7E19E06FED020AA506939EB78E<br>File Hash: 3B51C832779DA7494884D77EC3F3CD7B778535C48773363EB738C8372703A897 | 12-29-2022 00:09:37 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |